UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ANDRES JUAN PABLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00333-JRO-MJD |
| | ) | |
| SAMUEL OLSON, | ) | |
| MARKWAYNE MULLIN, | ) | |
| TODD BLANCHE, | ) | |
| TODD M. LYONS, | ) | |
| BRISON SWEARINGEN, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On June 12, 2026, Petitioner Andres Juan Pablo filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Docket No. 11). The Court acknowledges the dismissal of this action.

**SO ORDERED.**

Date:  6/12/2026

_____
Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.